ELIZABETH D. VAIL, *Plaintiff, v.* THOMAS H. KENSETT and others, *Defendants.*

IN THE MATTER OF THE APPLICATION OF JAMES C. EADIE, *a Referee in Partition, Relator, v.* ELIZABETH D. VAIL, *Purchaser, etc., Respondent.* — Judgment upon submitted case as follows: That

the children of the sons who held the life estate are necessary parties to the partition action, and that the referee's title on the case is not good; judgment for purchaser. Opinion by BARNARD, P. J.